PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAI VIJAY,<br><br>    Defendant. | CASE NO. 2:20-CR-10 MCE<br><br>STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE<br><br>DATE: July 22, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  On January 14, 2020, the United States filed an information charging Jai Vijay with one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371.

2.  On February 6, 2020, defendant pleaded guilty to the charge in the information, pursuant to a plea agreement.

3.  Defendant currently is scheduled to appear on July 22, 2021, for a status conference regarding sentencing.

4.  The parties jointly request that the Court vacate the status conference scheduled for July 22, 2021, and enter an order setting the following schedule for sentencing and disclosure of the presentence report:

| | |
|---|---|
| Judgment and sentencing: | January 20, 2022 |
| Reply or statement of non-opposition: | January 13, 2022 |
| Motion for correction: | January 6, 2022 |
| Presentence Report: | December 30, 2021 |
| Written objections: | December 23, 2021 |
| Proposed Presentence Report: | December 9, 2021 |

**IT IS SO STIPULATED.**

Dated:  July 19, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  July 19, 2021

/s/ ALBERT M. ELLIS
ALBERT M. ELLIS
Counsel for Defendant
Jai Vijay

**ORDER**

IT IS SO ORDERED.

Dated:  July 21, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE