PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-10 MCE |
| Plaintiff, | STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE |
| v. | |
| JAI VIJAY, | COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On January 14, 2020, the United States filed an information charging Jai Vijay with one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371.

2. On February 6, 2020, defendant pleaded guilty to the charge in the information, pursuant to a plea agreement.

3. The parties jointly request that the Court enter an order setting the following schedule for sentencing and disclosure of the presentence report:

| | |
|---|---|
| Judgment and sentencing: | January 20, 2022 |
| Reply or statement of non-opposition: | January 13, 2022 |
| Motion for correction: | January 6, 2022 |

STIPULATION REGARDING HEARING                     1

| | |
|---|---|
| Presentence Report: | December 30, 2021 |
| Written objections: | December 23, 2021 |
| Proposed Presentence Report: | December 9, 2021 |

**IT IS SO STIPULATED.**

Dated:  August 23, 2021

                                        PHILLIP A. TALBERT
                                      Acting United States Attorney

                                      /s/ MATTHEW THUESEN
                                      MATTHEW THUESEN
                                      Assistant United States Attorney

Dated:  August 23, 2021

                                      /s/ ALBERT M. ELLIS
                                      ALBERT M. ELLIS
                                      Counsel for Defendant
                                      Jai Vijay

**ORDER**

IT IS SO ORDERED.

Dated:  August 27, 2021

*[signature]*
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE